# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>SHAWN M. BUNNELL,<br><br>Defendant. | )<br>)<br>) Case No.  5:17-MJ- 370 (TWD)<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of in or about 2017 in the county of Oneida in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual Exploitation of Children |
| 18 U.S.C. § 2260A | Committing a felony offense involving a minor while required by law to Register as a Sex Offender |

This criminal complaint is based on these facts:
See attached affidavit.

☒   Continued on the attached sheet.

_____
*Complainant's signature*
Lon Ziankoski, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  8/23/2017

_____
*Judge's signature*

City and State:   Syracuse, New York

Hon. Thérèse Wiley Dancks, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Lon Ziankoski, a Special Agent (SA) with Homeland Security Investigations (HSI), being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of HSI since September 2011 and am currently assigned to the Syracuse Resident Agent in Charge. While employed by HSI, I have investigated federal criminal violations related to cyber-crime, child exploitation, and child pornography. I have gained experience through training by HSI and everyday work relating to conducting these types of investigations. I have also been the Affiant for and participated in the execution of several federal search warrants in child sexual exploitation investigations. As a federal agent, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States.

2. This affidavit is made in support of an application for a criminal complaint charging Shawn M. Bunnell with violating 18 U.S.C. § 2251(a) (sexual exploitation of a child), and § 2260A (felony offense involving a minor by a registered sex offender).

3. The statements contained in this affidavit are based on my involvement in this investigation, as well as information provided to me by other law enforcement officers, and upon my training and experience. Because this affidavit is being submitted for the limited purpose of seeking a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Shawn M. Bunnell has committed violations of 18 U.S.C. §§ 2251(a), and 2260A.

1

**THE INVESTIGATION AND FACTUAL BASIS**

4.      On August 18, 2017, your affiant received information that the New York State Police (NYSP) was working on a number of related Cybertips provided to the NYSP by the National Center for Missing and Exploited Children (NCMEC), including a particular Cybertip that had been received by NCMEC from Google, Inc. on August 17, 2017. The August 17th Cybertip indicated that Google had reviewed and identified two files uploaded through their servers that appear to depict hands-on production/molestation of a child. Google reported the activity to NCMEC, and provided copies of the two images to NCMEC. Google also provided to NCMEC IP addresses associated with the account used to upload the images through their servers. NCMEC found that the IP addresses geo-located to the Utica, NY area, and provided the Cybertip and all information received from Google, including the uploaded images, to the NYSP.

5.      I have reviewed the two images provided by Google as a part of the August 17th Cybertip. They each depict the lascivious exhibition of the genitals of a female infant/toddler, in that the child's legs are spread apart in each image, displaying her naked vagina - which is the focal point of each image. The child's face is not depicted in either image. One image includes the hand of what appears to be an adult, wearing a bracelet. The images are available for the Court's inspection upon request.

6.      Through investigation, the NYSP identified Shawn Bunnell of Utica, NY as the possible user of the account used to upload the above-described images through Google. Bunnell is currently registered with the New York State Division of Criminal Justice Services, Sex Offender Registry, as a Level 3 registered sex offender, with a designation as a sexually violent offender. His registration is required as a result of a 2003 conviction for Sexual Abuse in the First Degree, in violation of NY Penal Law Section 130.65, involving a victim under 11 years of age.

7.  On August 18, 2017, the NYSP obtained a search warrant for Bunnell and his residence. Bunnell was located at a market down the street from his residence. At the time he was encountered, Bunnell was wearing what appears to be the same bracelet depicted in one of the images in the Cybertip, as described above.

8.  In a *Mirandized* statement, Bunnell admitted that he had produced the images that were turned over by Google. He stated that he had also produced a video while he rubbed lotion on the child's vaginal area, but stated that he had deleted the images and video from the phone he used to produce them. Bunnell told officers who the child was, and she was located by law enforcement. The child's parents were interviewed and confirmed that they know Bunnell, and that he recently had access to the child, who is two years old. Officers were allowed to view the child's home, and found that the flooring in the home's bathroom matches the flooring seen in the images provided by Google with the Cybertip.

**CONCLUSION**

9.  Based upon the above information, there is probable cause to believe that Shawn Bunnell used a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using any means and facility of interstate commerce and in and affecting interstate commerce, or where the visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate commerce by any means, including by computer, or where such visual depictions were actually transported and transmitted using any means and facility of interstate commerce and in and affecting interstate commerce, in violation of Title 18, United States Code, Section 2251(a). Further, there is probable cause to believe that Bunnell committed this felony offense involving a minor while required by law to

register as a sex offender, in violation of Title 18, United States Code, Section 2260A.

                                      Lon Ziankoski
                                      Special Agent
                                      Homeland Security Investigations

Sworn to me
This 23rd day of August 2017

Hon. Thérèse Wiley Dancks
United States Magistrate Judge

4